IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

KENNY HALFACRE,
ADC #84410                                                                                          PLAINTIFF

v.                                              5:11CV00101 JLH

CHERYL V. JONES                                                                              DEFENDANT

## ORDER

The Court determined a transcript was necessary in the instant case. The Clerk of the Court shall issue a check to Robin Warbritton, Transcriber, in the amount of $344.50 for the transcript submitted on August 21, 2013.

IT IS SO ORDERED THIS 26th day of August 2013.

_____
JOE VOLPE
UNITED STATES MAGISTRATE JUDGE